IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LINDA FAYE MCCOY**                                              **PLAINTIFF**

v.                    NO. 4:20-cv-00705 PSH

**ANDREW SAUL, Commissioner of**                                  **DEFENDANT**
**the Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Linda Faye McCoy.

IT IS SO ORDERED this 19th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE