IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LINDA FAYE MCCOY**                                                                    **PLAINTIFF**

v.                          NO. 4:20-cv-00705 PSH

**ANDREW SAUL, Commissioner of**                       **DEFENDANT**
**the Social Security Administration**

## ORDER

Plaintiff Linda Faye McCoy ("McCoy") has filed the pending motion for attorney's fees under the Equal Access to Justice Act. See Docket Entry 19. In the motion, she seeks attorney's fees in the amount of $5,129.40. The Commissioner of the Social Security Administration has no objection to the motion.

The Court has reviewed the motion and finds nothing unreasonable about it. The motion is granted, and attorney's fees in the amount of $5,129.40 are awarded McCoy. The Department of Treasury shall issue payment of this award by check made payable to McCoy, in care of her attorney, Martin W. Long ("Long"), and shall mail the check to Long at his Wylie, Texas, address.

IT IS SO ORDERED this 6th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE